UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| UNITED STATES OF AMERICA, | ) | INDICTMENT *CR15-91 JNE/LIB* |
|---|---|---|
| Plaintiff, | ) ) ) | 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 924(e) |
| v. | ) | 18 U.S.C. § 924(d)(1) |
| | ) | 18 U.S.C. § 2461(c) |
| DERRICK TAYLOR, | ) ) | |
| Defendant. | ) | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Armed Career Criminal in Possession of a Firearm)

On or about January 10, 2014, in the State and District of Minnesota, the defendant,

**DERRICK TAYLOR,**

having been previously convicted of the following crimes, each of which was punishable by imprisonment for a term exceeding one year, and at least three of which were violent felonies committed on occasions different from one another:

| Offense | County of Conviction | Date of Conviction (On or About) |
|---|---|---|
| Assault in the Second Degree | Hennepin County, MN | May 18, 2009 |
| Simple Robbery | Hennepin County, MN | October 9, 2006 |
| Assault in the First Degree | Hennepin County, MN | April 25, 2006 |

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, namely, a Ruger 22/45 .22 caliber pistol bearing serial number 222-11697, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).


SCANNED
MAR 1 8 2015
U.S. DISTRICT COURT MPLS

U.S. v. Derrick Taylor

## FORFEITURE ALLEGATION

Count 1 of this Indictment is hereby realleged and incorporated as if fully set forth herein by reference, for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

If convicted of Count 1 of this Indictment, the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1), in conjunction with Title 28, United States Code, Section 2461(c), any firearm with accessories or any ammunition involved in or used in any knowing violation of Sections 922(g) or 924(e), including, but not limited to, a Ruger 22/45 .22 caliber pistol bearing serial number 222-11697, and ammunition seized therewith, all in violation of Title 18, United States Code, Sections 922(g)(1), 924(e), and 924(d)(1), in conjunction with Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____          _____
UNITED STATES ATTORNEY                         FOREPERSON