UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

       Plaintiff,

v.                                                     Criminal No. 15-91(JNE/LIB) (1)
                                                        ORDER

Derrick Taylor (1),

       Defendant.

This matter is before the Court on Defendant's objection to the Report and Recommendation issued by the Honorable Leo I. Brisbois, United States Magistrate Judge, on July 13, 2015. The Court has conducted a de novo review of the record. *See* D. Minn. LR 72.2(b). Based on that review, the Court adopts the Report and Recommendation.

Therefore, IT IS ORDERED THAT:

1. Defendant's motion to suppress search and seizure [Docket No. 27] is DENIED.

2. Defendant's motion to suppress statements [Docket No. 28] is DENIED.

3. The Report and Recommendation [Docket No. 39] is ADOPTED.

Dated: August 20, 2015

                                                                      s/Joan N. Ericksen
                                                                      JOAN N. ERICKSEN
                                                                      United States District Judge